IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

JOHN J. CHANEY,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )          Case No. CIV-06-373-L
                                         )
                                         )
JO ANNE B. BARNHART,                     )
Commissioner, Social                     )
Security Administration,                 )
                                         )
                    Defendant.           )

## <u>O R D E R</u>

On December 20, 2006, Magistrate Judge Robert E. Bacharach entered

his Report and Recommendation in this action brought by plaintiff for judicial

review of the denial of benefits by the Social Security Administration ("SSA").

Based on a failure to consider the plaintiff's "borderline" age classification, the

Magistrate Judge recommended that the court should reverse and remand for an

award of supplemental security income beginning on June 7, 2005.  The

Magistrate Judge further recommended that the amount of the payments should

be left to the SSA on remand.

The court file reflects that no party has filed a written objection to the

Report and Recommendation within the time limit allowed.  Upon *de novo* review,

the court finds that the the Report and Recommendation should be and is hereby

adopted in its entirety.

Accordingly, the decision of the Commissioner is **REVERSED** and this

matter is **REMANDED**; the SSA is directed to award supplemental security

income to the plaintiff beginning on June 7, 2005.  The amount of the payments is

left to the SSA on remand, all in accordance with the December 20, 2006 Report

and Recommendation of the Magistrate Judge.

It is so ordered this 12th day of January, 2007.

_Tim Leonard_

TIM LEONARD
United States District Judge